UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW MASON,<br><br>        Plaintiff,<br><br>      -v.-<br><br>CITY OF NEW YORK, VINCENT SCHIRALDI, Individually, KENNETH SUKES, individually, JOHN OR JANE DOE 1-5, individually, JOHN OR JANE DOE 6-10, Individually,<br><br>        Defendants. | 23 Civ. 0029 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  In accordance with the Court's December 14, 2023 Order providing the parties with a revised schedule for discovery (Dkt. #73), the post-fact conference originally scheduled for January 12, 2024, is hereby ADJOURNED *sine die*.

  SO ORDERED.

Dated: January 5, 2024
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge